IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **REGINA KLOSTER,** )<br>　　　　　　　　　　**Plaintiff,** )<br>　　　　　　　　　　　　　　　　)<br>vs. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>**MICHAEL J. ASTRUE,** )<br>**COMMISSIONER OF** )<br>**SOCIAL SECURITY,** )<br>　　　　　　　　　**Defendant.** )<br>　　　　　　　　　**Defendant.** )<br>_____ ____) | Case No. 07-4126-JAR |

### ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be reversed, and that the case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further proceedings in accordance with the August 28, 2008 Recommendation and Report (Doc. 22).

**IT IS SO ORDERED**.

Dated this 15th day of September, 2008.

　　　　　　　　　　　　　　　　　　　　　　 S/   Julie A. Robinson
　　　　　　　　　　　　　　　　　　　　　　**Julie A. Robinson**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**